UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 JUN 21 PM 1:47
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) CRIMINAL NO. |
| v. | ) INDICTMENT |
| MARIA DEL SOCORRO LOPEZ | ) [Vio.: 31 USC § 5332(a)(1) - currency smuggling.] |

USAO# 2011R08916

**A11CR 344 LY**

THE GRAND JURY CHARGES:

<u>Count One</u>
[31 USC § 5332(a)(1)]

On or about June 9, 2011 at Austin, Texas in the Western District of Texas, the Defendant,

MARIA DEL SOCORRO LOPEZ

aided and abetted by others known and unknown to the Grand Jury, did knowingly, intentionally and unlawfully, and with intent to avoid the currency reporting requirement under Title 31 United States Code, section 5316, conceal more than $10,000 in currency on her person, and attempt to transfer and transport said currency from a place within the United States to a place outside the United States, in violation of Title 31, United States Code, Sections 5332(a)(1).

NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE

Forfeiture Statutes Relating to Bulk Cash Smuggling
[Title 31 U.S.C. § 5332(b)(2)]

As a result of the foregoing criminal violation as set forth in Count One (1), which is punishable by imprisonment for more than one year, the United States gives notice that it intends to forfeit, but is not limited to, the below-listed property from Defendant MARIA DEL SOCORRO LOPEZ. Said Defendant shall forfeit any and all right, title, and interest in said property to the United States pursuant to Fed. R. Crim. P. 32.2 and 31 U.S.C. § 5332(b)(2), which states the following:

**31 U.S.C. § 5332(b)(2)**
(2) Forfeiture.—In addition, the court, in imposing sentence under paragraph (1), shall order that the defendant forfeit to the United States, any property, real or personal, involved in the offense, and any property traceable to such property.

This Notice of Demand for Forfeiture includes, but is not limited to, the following:

a. $71,877.00, more or less, in United States currency; and

b. $5,520.00, more or less, in United States currency.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

JOHN E. MURPHY
United States Attorney

/s/ Douglas W. Gardner

MARK H. MARSHALL
Assistant U. S. Attorney