Sealed _____

Unsealed __X__

Personal Data Sheet    USAO# __2011R08916__

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ____YES __X__NO

CASE NO. __A11CR 344 LY__

County: __TRAVIS__    __AUSTIN__ Division    Judge: _____

Date: __6/21/2011__   Mag Ct.# __A-11-M-430__   SSN: _____   FBI#: _____

Case No.: _____    Assistant U. S. Attorney: __Mark H. Marshall__

Defendant: __MARIA DEL SOCORRO LOPEZ__    Date of Birth: __REDACTED__

Address: _____

Citizenship:    United States _____    Mexican __X__    Other _____

Interpreter Needed:    Yes __X__   No _____    Language __Spanish__

Defense Attorney: _____    Employed _____

Address of Attorney: _____    Appointed _____

Defendant is:   In Jail __X__   Where: __Caldwell County Jail__

              On Bond _____   Amt. of Bond _____   Where: _____

Date of Arrest: __6/13/2011__    Bench Warrant Needed __No__

Prosecution By:    Information _____    Indictment __X__

Offense (Code & Description): __Count 1: 31 U.S.C. § 5332 - Currency smuggling__

Offense Is:    Felony __X__    Misdemeanor _____

Maximum Sentence: __5 yrs imprisonment; $250K fine; At least 3 yrs TSR; $100 SA__

Penalty is Mandatory:   As to special assessment    Yes __X__    No _____

Remarks: __Case Agent: IRS - Elizabeth Chapman  512-464-3247__